**FILED**
July 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:14-mj-00149-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MEUY LAI SAECHAO, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Meuy Lai Saechao</u>; Case <u>2:14-mj-00149-KJN</u> from custody and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, cosigned by Rick Morales

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>7/24/2014</u> at 2:15 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge