KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Meuy Lai Saechao

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CORAL WILSON, et al.,<br><br>            Defendants. | Case No.: 2:14-cr-206-JAM<br><br>STIPULATION AND ORDER EXCLUDING TIME PURSUANT TO AGREEMENT TO DEFER PROSECUTION |

    IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, by and through its counsel of record Jill Thomas, and Defendant, Meuy Lai Saechao, by and through his undersigned counsel of record as follows:

    On September 28, 2015, the parties signed a formal agreement to defer prosecution of the indictment against Ms. Saechao for a period of twelve months.  The agreement is attached and labeled as <u>Exhibit A</u>.

    The Speedy Trial Act, 18 U.S.C. 3161, at subdivision (h)(2), excludes from computation of the time within which trial must commence "[a}ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to a written agreement with the defendant, with

the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."

The parties agree and jointly request that the Court approve the agreement pursuant to 18 U.S.C. 3161(h)(2) so that time under the Speedy Trial Act may be excluded through September 27, 2016.

The parties further stipulate and request that, in light of the agreement set forth herein, the Court vacate the status conference, as to this defendant only, presently scheduled for October 13, 2015, and set a control date of September 27, 2016 at 9:15 a.m.

Dated: October 2, 2015        Respectfully submitted,


                              /s/Kristy M. Kellogg
                              Kristy M. Kellogg
                              Attorney for Meuy Lai Saechao


Dated: October 2, 2015        /s/ Kristy M. Kellogg for
                              Jill Thomas
                              Assistant United States Attorney



**ORDER**

The Court, having received, read and considered the deferred prosecution agreement and the parties' stipulation, hereby approves the deferred prosecution agreement and adopts the parties' stipulation in its entirety as its order.  The Court orders the time from the

- 2 -

date of the deferred prosecution agreement, up to and including September 27, 2016, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. 3161(h)(2) [prosecution deferred by mutual agreement], and Local Code T1.  It is further ordered that the October 13, 2015, status conference shall be vacated as to defendant Meuy Lai Saechao only.  A control date is set for September 27, 2016, at 9:15 a.m.

Date: October 5, 2015

/s/ John A. Mendez
Hon. John A. Mendez
U. S. District Court Judge