1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-206 JAM |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COUNT ONE AND THE FORFEITURE ALLEGATIONS IN THE INDICTMENT AS TO DEFENDANT MEUY LAI SAECHAO AND ORDER |
| v. | |
| MEUY LAI SAECHAO, | |
| Defendant. | |

16

17        The United States of America, through its attorney of record, Assistant United States Attorney

18 Paul A. Hemesath, hereby moves for an order dismissing, with prejudice, Count One and the Forfeiture

19 Allegations in the indictment against defendant MEUY LAI SAECHAO, pursuant to Federal Rule of

20 Criminal Procedure 48(a).

21

22

23 Dated: September 29, 2016            PHILLIP A. TALBERT
                                        Acting United States Attorney
24
                                   By:  /s/ PAUL A. HEMESATH
25                                      PAUL A. HEMESATH
                                        Assistant United States Attorney
26

27

28

MOTION TO DISMISS                          1

## FINDINGS AND ORDER

In light of the government's motion, Count One and the Forfeiture Allegations in the indictment against defendant MEUY LAI SAECHAO are hereby DISMISSED with prejudice.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE